# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00370-CR

### In re Bobby Joe Buckner

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on October 21, 2025, is denied.

Relator's Motion to Appoint Counsel, also filed on October 21, 2025, is dismissed as moot.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: November 6, 2025

Before Justice Smith,
     Justice Harris, and
     Senior Justice Davis[1]
Petition denied
Motion dismissed
Do Not Publish
OT06



---

[1] The Honorable Rex Davis, Senior Justice (Retired) of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.